COMMONWEALTH of Pennsylvania,
Appellant,

v.

Joseph LOMAX, Jr.

Supreme Court of Pennsylvania.

Argued March 5, 1997.

Decided March 20, 1997.

Joseph P. Conti, Anthony R. Himes, Christian A. Trabold, Erie, for Commonwealth.

Joseph P. Burt, Erie, for Joseph Lomax, Jr.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE and NEWMAN, JJ., dissent and would reach the merits of the case.

COMMONWEALTH of Pennsylvania,
Appellee,

v.

David J. WILLIAMS, III, Appellant.

Supreme Court of Pennsylvania.

Submitted Aug. 5, 1996.
Decided March 25, 1997.

J. Karen Arnold, for Commonwealth.

David Crowley, for David J. Williams, III.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

AND NOW, this 25th day of March, 1997, the above captioned matter is dismissed as improvidently granted.